UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                        FOR
**Tronox Incorporated**                                       FAILURE TO PROSECUTE
                                                                            BANKRUPTCY APPEAL

-----------------------------------------------------X       21-CV-9905 JPC

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Helen Coleman (on behalf of Sarah Coleman)
BANKRUPTCY DOCUMENT #: 9569

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_   FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 28, 2022**                                              Vito Genna, Clerk
              New York, New York                                       U.S. Bankruptcy Court, SDNY

                                                                                        By:   ___s/ Anatin Rouzeau_____
                                                                                                          Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____**June 28**_____ 20**22**                   _____
           New York, New York                                          Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                                                      District Court, SDNY

                                                                                      By: _____
                                                                                                       Deputy Clerk